# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

June 5, 2015

**By the Court:**

| | |
|---|---|
| ALPHONSE D. OWENS,<br>    Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court<br>] for the Southern District |
| No. 15-2044                    v. | ] of Indiana, Indianapolis<br>] Division. |
| LVNV FUNDING, LLC,<br>    Defendant-Appellee. | ]<br>] No. 1:14-cv-02083-JMS-TAB<br>]<br>] Jane E. Magnus-Stinson, Judge. |

### O R D E R

On consideration of the "NOTICE TO THE COURT OF RELATED CASES" filed by plaintiff-appellant on June 3, 2015 in Appeal No. 15-2082,

IT IS ORDERED that plaintiff-appellant and defendant-appellee in this appeal (15-2044) file, on or before June 12, 2015, a response to the "NOTICE TO THE COURT OF RELATED CASES" (filed in 15-2082).